UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DESHAWN DAWSON, *on behalf of himself and all* :
*others similarly situated*, :
: 
                                 Plaintiff, :
:
       -against- :
:
PHILIP COLLECK OF LONDON LTD., :
:
                              Defendant. :
------------------------------------x

<u>ORDER</u>

19 Civ. 685 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 5 2019

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 4, 2019

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge